# United States Court of Appeals
## For the First Circuit

No. 09-2173

RECTRIX AERODROME CENTERS, INC.,

Plaintiff, Appellant,

v.

BARNSTABLE MUNICIPAL AIRPORT COMMISSION, MICHAEL A. DUNNING,
BRUCE P. GILMORE, FRANCISCO SANCHEZ and QUINCY MOSBY,

Defendants, Appellees.

**ERRATA**

The opinion of this Court, issued on June 23, 2010, should be
amended as follows.

On page 15, line 1, "Griffith" should be "Griffin".

On page 17, line 6 of 3rd paragraph, "so far is" should be "so
far as".